[No. 61846-6-I. Division One. November 24, 2008.]

*In the Matter of the Personal Restraint of* HARRY OLEBAR, *Petitioner.*

Petition for relief from personal restraint. *Granted,* sentence *vacated,* and *remanded* by unpublished per curiam opinion.

[No. 61982-9-I. Division One. November 24, 2008.]

*In the Matter of the Personal Restraint of* GLENN G. NICHOLS, *Petitioner.*

Petition for relief from personal restraint. *Transferred* to superior court by unpublished per curiam opinion.

[No. 36321-6-II. Division Two. November 25, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MONTIAE COLDEN McHENRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02250-7, Thomas P. Larkin, J., entered May 7, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 36661-4-II. Division Two. November 25, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. ARIEL LYNN STARR, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00388-5, Indu Thomas, J. Pro Tem., entered July 19, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.